UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BASHAN TAYLOR,

                              Plaintiff,

  -against-                                                9:05-CV-0271
                                                                          (LEK/GHL)

DALE ARTUS, Superintendent, Clinton
Correctional Facility; LIEUTENANT
ARMSTEAL, Tier Two Hearing officer;
RENOWN, Correctional Sergeant;
CASTIRON, Correctional Officer;
CHRISTIAN, Correctional Officer;
and MAHUTA, Correctional Officer.

                              Defendants.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on November 5, 2007, by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 34).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Lowe's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 34) is **APPROVED** and

1

**ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion for summary judgment (Dkt. No. 32) is **GRANTED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED: December 19, 2007
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge